Sylvester Shockley
SBI #00090135, W-1 Building
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

In The United States District Court
For The District of Delaware

**ORIGINAL**

Petition for Relief From a Conviction or Sentence By a Person in State Custody
(Petition Under 28 U.S.C. 2241 for a Writ of Habeas Corpus)

Sylvester Shockley
    Petitioner,

v.

Stanley Taylor, Commissioner
Department of Corrections,
Thomas Carroll, Warden
Delaware Correctional Center
Carl Danberg, Acting Attorney
General, Department of Justice
State of Delaware,
    Respondent

Case No.: C 6 - 2 1 1
Case Number (To be supplied by the Clerk, U.S. District Court)

PETITION FOR WRIT OF HABEAS CORPUS
UNDER TITLE 28 U.S.C. 2241



FILED
MAR 30 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

# PETITION

1. Name and Location of Court which imposed sentence:

    **Superior Court for the State of Delaware**

2. Criminal Docket or Case Number (if known):

    **ID81003194DI**

3. Date of Sentencing:

    **March, 1982**

4. Length of Sentence:

    **Life With Parole**

5. What was the Plea?

    a) Not Guilty  ☐

    b) Guilty  ☒

    c) Nolo-Contendere  ☐

6. If you were found guilty after a plea of not guilty, check whether that finding was made by:

    (a) Jury: __N/A__

    (b) Judge Only: _____

7. Did you appeal the judgment of conviction or the imposition of sentence? __**Yes**__

8. If you answered "Yes" to Item 7, list:

   (a) The name of each court to which you appealed:

   I.   **The Superior Court of the State of Delaware**
   II.  **The Supreme Court of the State of Delaware**
   III.

   (b) The result in each court to which you appealed:

   I.   **Dismissed**
   II.  **Affirmed the judgment of the Superior Court**
   III.

   (c) The date of each such result:

   I.   **May 6, 2005**
   II.  **August 24, 2005**
   III.

    (d)    If known, citations of written opinions or orders entered pursuant to such results:

**I.**    <u>**See Attached Exhibits A-1 and A-2**</u>

**II.**    <u>**See Attached Exhibits A-3 and A-4**</u>

**III.**

9. State concisely the grounds on which you base your allegation that you are being held in custody unlawfully. Each ground for relief should be described separately, and each ground should include (1) a brief description of the legal principle(s) and (2) a concise statement of the relevant facts.

**GROUND ONE:**

The State violated Shockley's rights under the ex post facto clause of the United States Constitution.

**SUPPORTING FACTS:**

See Memorandum in Support of 2241 Petition for a Writ of Habeas Corpus of Sylvester Shockley, pages 1 through 9, attached hereto.

10. Did you raise Ground One in the appropriate State Court of Appeal?

    Yes [X]    No [ ]

11. Did you raise Ground One in any other petition, application or motion filed in the State Courts in the State where judgment was rendered?

    Yes [X]    No [ ]

- 4 -

12. If your answer is yes, give details including the grounds raised, the Court's decision, and date of said decision for each such petition, application or motion:

<u>Filed a Petition in the State Superior Court January 14, 2005; it was dismissed on May 6, 2005.</u>

<u>Filed a Petition of Appeal to the State Supreme Court July 5, 2005. The State Supreme Court affirmed the Superior Court Judgment on August 24, 2005.</u>

<u>See attached Exhibits **A-1**, **A-2**, **A-3** and **A-4**.</u>

**GROUND TWO:**

Shockley's good time and merit credit has been ended or forfeited in violation of due process and equal protection of law under the Federal Constitution or Statutory law.

**SUPPORTING FACTS:**

See Memorandum in Support of 2241 Petition for A Writ of Habeas Corpus of Sylvester Shockley, pages 1 through 9, attached hereto.

    a. Did you raise Ground Two in the appropriate State Court of Appeal on direct appeal of your petition?

Yes [X]   No [ ]

Did you raise Ground Two in any other petition, application or motion filed in the State Courts in the State where judgment was rendered?

Yes [X]   No [ ]

    b. If your answer is yes, give details, including the grounds raised, the Court's decision and date of said decision for each such petition, application or motion:

<u>Filed a Petition in the State Superior Court January 14, 2005; it was dismissed on May 6, 2005.</u>

<u>Filed a Petition of Appeal to the State Supreme Court July 5, 2005. The State Supreme Court affirmed the Superior Court Judgment on August 24, 2005.</u>

<u>See attached Exhibits **A-1, A-2, A-3** and **A-4**.</u>

15. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

    (a)    At preliminary hearing: __No__

    (b)    At arraignment: __No__

    (c)    At trial: __N/A__

    (d)    At sentencing: __No__

    (e)    On appeal: __N/A__

    (f)    On any post-conviction: __None__

    (g)    On appeal from any ruling against you in a post-conviction proceeding: __None__

16. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either State or Federal for the judgment you are challenging?

    Yes ☐    No ☒

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?

Yes [ ]    No [X]

**WHEREFORE**, Petitioner prays that the Court will grant Petitioner relief to which he may be entitled in this proceeding.

Signed this __16th__ Day of __March__, 2006.

_Sylvester Shockley_
Signature of Petitioner

# DECLARATION

I, _____Sylvester Shockley_____, declare under penalty of perjury that I have read and subscribe to the above and state that the information contained therein is true and correct to the best of my knowledge and that this Petition for a Writ of Habeas Corpus was placed in the prison mailing system on *March 19, 2006*

Executed on *March 19, 2006* at *Delaware Corr. Center*
              (Date)                  (Place)

*/s/ Sylvester Shockley*
Signature of Petitioner

## CERTIFICATE OF SERVICE

I, _Sylvester Shockley_, hereby certify that I have served a true and correct cop(ies) of the attached: _Writ of Habeas corpus_ upon the following parties/person(s):

TO: _The Clerk of the United States District Court for Delaware 844 King St. Lockbox 18 Wilmington, DE 19801_

TO: _____

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977

On this _19th_ day of _March_, 200_6_.

_Sylvester Shockley_

I/M Sylvester Shockley
SB# 090135    UNIT W

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977



Legal