IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYLVESTER SHOCKLEY, )<br>)<br>    Petitioner, )<br>)<br>v. )<br>)<br>THOMAS CARROLL, )<br>Warden, and CARL C. )<br>DANBERG, Attorney )<br>General of the State of )<br>Delaware, )<br>)<br>    Respondents. ) | Civil Action No. 06-211-SLR |

**O R D E R**

    WHEREAS, you have papers requesting for federal habeas corpus relief pursuant to 28 U.S.C. § 2241; and

    WHEREAS, the court re-characterizes your habeas request as asserted pursuant to 28 U.S.C. § 2254, not pursuant to 28 U.S.C. § 2241, see Coady v. Vaughn, 251 F.3d 480 (3d Cir. 2001);

    WHEREAS, the Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA"), 28 U.S.C. § 2244, effectively precludes petitioners from filing a second or subsequent habeas petition except in the most unusual of circumstances; and

    WHEREAS, the United States Court of Appeals for the Third Circuit has mandated that, before ruling on the merits of a your petition, you must be given notice that the AEDPA applies to your pending petition, see United States v. Miller, 197 F.3d 644

(3d Cir. 1999) and <u>Mason v. Meyers</u>, 208 F.3d 414 (3d Cir. 2000).

NOW, THEREFORE, IT IS ORDERED this _10th_ day of April, 2006, that, on or before _May 18, 2006_, you must file with the Court, the attached election form. Failure to timely return the completed election form will result in the Court's ruling on your pending petition as filed.

_____
United States District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYLVESTER SHOCKLEY, )<br>)<br>)<br>    Petitioner, )<br>)<br>v. )<br>)<br>THOMAS CARROLL, )<br>Warden, and CARL C. )<br>DANBERG, Attorney )<br>General of the State of )<br>Delaware, )<br>)<br>    Respondents. ) | Civil Action No. 06-211-SLR |

**AEDPA ELECTION FORM**

1. _____   I wish the Court to rule on my § 2254 petition as currently pending.  I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this petition will be my one opportunity to seek federal habeas corpus relief.

2. _____   I wish to amend my § 2254 petition to include all the grounds I have.  I will do so within thirty (30) days.  I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this amended all-inclusive petition will be my one opportunity to seek federal habeas corpus relief.

3. _____    I wish to withdraw my § 2254 petition without prejudice to file one all-inclusive petition in the future; that is, one that raises all the grounds I have for federal habeas corpus relief.  I realize this all-inclusive petition must be filed within the one-year period as defined by 28 U.S.C. § 2244(d).  See Swartz v. Meyers, 204 F.3d 417 (3d Cir. 2000).

4. _____    I am not seeking federal habeas corpus relief under § 2254.  I am instead seeking relief under _____.

_____
Petitioner