IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

SYLVESTER SHOCKLEY,             )
                                )
          Petitioner,           )
                                )
v.                              )   Civil Action No. 06-211-SLR
                                )
THOMAS CARROLL,                 )
Warden, and CARL C.             )
DANBERG, Attorney               )
General of the State of         )
Delaware,                       )
                                )
          Respondents.          )



**AEDPA ELECTION FORM**

1. ✓ _____  I wish the Court to rule on my § 2254 petition as currently pending. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this petition will be my one opportunity to seek federal habeas corpus relief.

2. _____  I wish to amend my § 2254 petition to include all the grounds I have. I will do so within thirty (30) days. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this amended all-inclusive petition will be my one opportunity to seek federal habeas corpus relief.

3. _____  I wish to withdraw my § 2254 petition without prejudice to file one all-inclusive petition in the future; that is, one that raises all the grounds I have for federal habeas corpus relief. I realize this all-inclusive petition must be filed within the one-year period as defined by 28 U.S.C. § 2244(d). See Swartz v. Meyers, 204 F.3d 417 (3d Cir. 2000).

4. _____  I am not seeking federal habeas corpus relief under § 2254. I am instead seeking relief under _____.

_____  
Petitioner

WILMINGTON DE 197

17 APR 2006 PM 1 L

U.S.M.S.
X-RAY

I/M Ashton Shelly
SBI# 090135  UNIT W
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
U.S. District Court
844 N. King st., Lockbox 18
Wilmington, DE
19801-3570