United States District Court

For the District of Delaware

## Acknowledgement of Service Form
## For Service By Return Receipt

Civil Action No. 06-211 SLR

Attached below is a return receipt card reflecting proof of service upon the named party on the date show.

06-211-SLR

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X Beatrice Oney      ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): BeAtrice oNey    C. Date of Delivery: 4/27/06<br>D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
| 1. Article Addressed to:<br><br>Warden Tom Carroll<br>Delaware Correctional Center<br>1181 Paddock Rd<br>Smyrna, DE 19977 | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 1820 0004 3169 5087 |
| PS Form 3811, February 2004 | Domestic Return Receipt          102595-02-M-1540 |



FILED
APR 28 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

scanned