IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SYLVESTER SHOCKLEY, | ) | |
|     Petitioner, | ) | |
| v. | ) | Civ.Action No.06-211-SLR |
| THOMAS L. CARROLL, | ) | |
| Warden, and CARL DANBERG, | ) | |
| Attorney General of the State of Delaware, | ) | |
|     Respondents. | ) | |

MOTION TO ALTER OR AMEND JUDGMENT

FILED AUG 22 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE

BD scanned

Petitioner respectfully moves the Court pursuant to Rule 59 (e), Fed. R. Civ.P to alter or amend it's oredr filed on August 11, 2006, which granted Respondents second Motion for Extension of Time in which to Answer the petition for a writ of habeas corpus in this case. This motion is made on the grounds that:

1. On April 24, 2006, the Court issued its' order on Respondents to answer the petition within forth-five (45) days of receipt of the petition and the court's order in accordance with 28 U.S.C. Sec.2254, and Rule 5;

2. That on or/about June 19, 2006, Respondents filed their first Motion for Extension of Time requesting an extension of time to and including August 11, 2006, in which to file an answer which was granted by the court;

3. That on August 11, 2006, the court issued its' order which has granted Respondents second Motion for Extension of Time which has now extedded Respondents additional time in which to file their answer until September 20,2006;

4. Petitioner who is representing himself on a pro se basis, believes that Respondents are intentionally delaying or refusing to answer or otherwise show cause why he is not entitled to the relief sought in the petition in violation of his rights to procedural and substantive due process under the fourteenth amendment, despite this court's order to show cause issued April 24, 2006;

5. Petitioner further states that federal statutes provide both that habeas corpus cases should get a priority in federal court and also that these cases should be disposed of " as law and justice require. 28 U.S.C. Sec. 1657 (1994; see also, e.g., Fay v. Noia, 372 U.S. 391,400, 83 S.Ct. 822,9 L.Ed.2d 837 (1963)(stating that writs of habeas corpus are intended to afford a "swift and imparative remedy in all cases of illegal restraint or confinement")(quoting Secretary of State for Home Affairs v. O'Brian,(1923) A.C. 603, 609 (H.L.)), overruled on other grounds by Coleman v. Thompson, 501 U.S. 722 (1991). Habeas corpus is a speedy remedy, entitled by statute to special, preferential consideration to insure expeditious hearing and determination. Van Buskirk v. Wilkinson, 216 F.2d 735,737-38 (9th Cir.1954)see also 28 U.S.C. Sec. 2243 (setting out an expedited procedure for filing an answer, holding a hearing, and determining habeas corpus motions).

6. Accordingly, this court should reject any further requests by Respondents for extensions of time .

Respectfully submitted,

*Sylvester Shockley*

Sylvester Shockley

## CERTIFICATE OF SERVICE

I, _Sylvester Shockley_, hereby certify that I have served a true and correct cop(ies) of the attached: _Motion To Alter or Amend Judgment_ upon the following parties/person(s):

TO: _Office of the Clerk_
_United States District Court_
_844 N. King Street, Lockbox 18_
_Wilmington, Delaware 19801-3570_

TO: _Loren C. Meyers_
_Chief of Appeals Division_
_Department of Justice_
_820 N. French Street_
_Wilmington, DE 19801_

TO: _____

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977,

On this _19th_ day of _August_, 200_6_.

_Sylvester Shockley_

I/M Sylvester Shockley
SBI# 90235    UNIT W-1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
21 AUG 2006 PM 3 L

Office of the Clerk
United States District Court
844 N. King Street Lockbox 18
Wilmington, DE 19801-3570