IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **SYLVESTER SHOCKLEY**,  )<br>)<br>Petitioner  )<br>)<br>v.  )<br>)<br>**THOMAS CARROLL**, Warden,  )<br>and **CARL C. DANBERG**, Attorney  )<br>General of the State of Delaware,  )<br>)<br>Respondents  ) | Civ. Act. No. 06-211-SLR |

**NOTICE OF FILING OF STATE COURT RECORDS**

Respondents file herewith certified copies of the following Delaware Supreme Court documents:

1. Case No. 216, 2005:

    a. Opening brief and appendix

    b. Motion to affirm

    c. Order (Aug. 24, 2005)

/s/ **LOREN C. MEYERS**
Loren C. Meyers
Chief of Appeals Division
Department of Justice
820 N. French Street
Wilmington, DE  19801
(302) 577-8500
Del. Bar ID 2210

September 20, 2006          loren.meyers@state.de.us

## CERTIFICATE OF SERVICE

The undersigned, being a member of the Bar of the United States District Court for the District of Delaware, hereby certifies that on September 20, 2006,

1. He caused two copies of the attached document (Notice of Filing of State Court Records) and one copy of the state court documents listed therein to be deposited in the United States Mail, first class postage prepaid, addressed to the following non-registered participant:

Sylvester Shockley
No. 090135
Delaware Correctional Center
1181 Paddock Rd.
Smyrna, DE  19977

2. He electronically filed the Notice of Filing of State Court Records with the Clerk of the District Court using CM/ECF.

3. He caused to be delivered to the Clerk of the District Court the state court documents listed in the Notice of Filing of State Court Records.

/s/ **LOREN C. MEYERS**
Loren C. Meyers
Chief of Appeals Division
Department of Justice
820 N. French Street
Wilmington, DE  19801
(302) 577-8500
Del. Bar ID 2210
loren.meyers@state.de.us