IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYLVESTER SHOCKLEY,                )<br>                                                      )<br>            Petitioner,              )<br>                                                      )<br>    v.                                              ) Civ. No. 06-211-SLR<br>                                                      )<br>THOMAS CARROLL,                    )<br>Warden, and JOSEPH R.          )<br>BIDEN, III, Attorney                  )<br>General of the State                )<br>of Delaware,                             )<br>                                                      )<br>            Respondents.          ) | |

### ORDER

At Wilmington this 13th day of June, 2007, consistent with the memorandum opinion issued this same date, IT IS HEREBY ORDERED that:

1. Petitioner Sylvester Shockley's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is DISMISSED, and the relief requested therein is DENIED. (D.I. 1)

2. Petitioner's motion to alter judgment is DENIED as moot. (D.I. 12)

3. Petitioner's motion for an evidentiary hearing is DENIED. (D.I. 16)

4. The court declines to issue a certificate of appealability for failure to satisfy the standard set forth in 28 U.S.C. § 2253(c)(2).

_____
UNITED STATES DISTRICT JUDGE