**ORIGINAL**

IN THE UNITED STAES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **SYLVESTER SHOCKLEY,** ) | |
| ) | |
| Petitioner ) | |
| ) | |
| v. ) | Civ. Act. No. 06-211-SLR |
| ) | |
| **THOMAS CARROLL**, Warden, ) | |
| And **CARL C. DANBERG**, Attorney ) | |
| General of the State of Delaware, ) | |
| ) | |
| Respondents ) | |

**TO THE CLERK OF THE COURT:**

    Would you please send a certified court docket sheet to the above Plaintiff at the address listed below at:

Sylvester Shockley<br>
SBI #090135<br>
Delaware Correctional Center<br>
1181 Paddock Road<br>
Smyrna, Delaware 19977

Dated: June 6, 2007



*Sylvester Shockley*
Sylvester Shockley

FILED JUN - 8 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

BD scanned

IM Sylvester Shirkley
SBI# 090135 UNIT W
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE
07 JUN 2007

The Clerk of the United States
District Court for Delaware
844 King St, Locker 18
Wilmington, Delaware
19801