OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

June 20, 2007

```
TO:  Sylvester Shockley
     SBI #090135
     Delaware Correctional Center
     1181 Paddock Road
     Smyrna, DE 19977
```

**RE:  Request for Certified Copy of docket;
       Civ. No. 06-211 SLR**

Dear Ms. Shockley:

    A letter has been received by the Clerk's office from you requesting a certified copy of the docket from the above referenced civil action.

    A copy of the docket is enclosed, free of charge for this request only. It is not certified. Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copywork is fifty ($.50) cents per page and **nine ($9.00) per certification**. If you require additional copywork or certifications, prepayment should be sent with your request, check or money order payable to Clerk, U.S. District Court.

    Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/rpg

PETER T. DALLEO
CLERK

cc: The Honorable Sue L. Robinson