FPS - 508                                          DATE: August 3, 2007

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

### No. 07-2976

Shockley v. Carrol

To:     Clerk

1)      Motion by Appellant for leave to appeal in forma pauperis

---

The foregoing motion to proceed in forma pauperis is granted.



Marcia M. Waldron, Clerk

For the Court,

/s/Marcia M. Waldron
Clerk

Dated: August 3, 2007
ISC/cc: Sylvester Shockley
        Loren C. Meyers, Esq.