CLD-357                                                                                         August 23, 2007
**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

C.A. No. **07-2976**

SYLVESTER SHOCKLEY

    VS.

WARDEN THOMAS CARROLL, ET AL.

    (D. DEL. CIV. NO. 06-CV-0211-SLR)

Present:  RENDELL, SMITH AND JORDAN, CIRCUIT JUDGES

Submitted is Appellant's request for a certificate of appealability under 28 U.S.C. § 2253(c)(1)

in the above-captioned case.

Respectfully,

Clerk

MMW/MCF/isc

_____ORDER_____

The request for a certificate of appealability is denied. See 28 U.S.C. § 2253(c)(2). Shockley is a person in state custody challenging the constitutionality of his continued confinement, so he must obtain a certificate of appealability before this Court can review the district court's decision denying his habeas corpus petition. See Coady v. Vaughn, 251 F.3d 480, 486 (3d Cir. 2001). He has not made a substantial showing of the denial of a constitutional right, however. Jurists of reason would not debate the correctness of the district court's decision denying his habeas corpus petition on the merits. See Miller-El v. Cockrell, 537 U.S. 322, 338 (2003). For essentially the same reasons explained by the district court, Shockley has not shown that the application of Evans v. State, 872 A.2d 539 (Del. 2005), to his case deprived him of any constitutional right.

By the Court,

/s/ Kent A. Jordan
Circuit Judge

A True Copy:

Marcia M. Waldron, Clerk

Dated: September 21, 2007
ISC/cc: Sylvester Shockley